UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In Re: Cathode Ray Tube (CRT) Antitrust Litigation | ) ) ) ) | Case No. 07-5944 SC<br>08-1056 MEJ<br>08-1032 MMC |
| CRAGO, Inc., | ) ) | ORDER CONSOLIDATING CASES |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CHUNGHWA PICTURE TUBES, LTD., et al., | ) ) ) | |
| Defendants. | ) ) | |

The Court hereby finds that civil cases <u>The Stroud Group, Inc. v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1056, and <u>Call v. Chunghwa Picture Tubes, LTD., et al.</u>, Case No. 08-1032, are suitable for CONSOLIDATION for the purposes of discovery and pre-trial hearings. This consolidation is warranted by common questions of law and fact that pervade these individual matters. Consolidation will facilitate discovery and conserve judicial resources.

///

///

///

///

///

     This consolidated case will henceforth be referred to as "IN RE: Cathode Ray Tube (CRT) Antitrust Litigation," MDL No. 1971. All documents are to be filed under case number 07-5944-SC and all future filings are to bear the initials "SC" immediately after the case number.

     IT IS SO ORDERED.

Dated: March 7, 2008



UNITED STATES DISTRICT JUDGE