Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **DISCLOSURE STATEMENT OF TOSHIBA AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., TOSHIBA AMERICA CONSUMER PRODUCTS, L.L.C., AND TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. make the following disclosure:  Toshiba America Information Systems, Inc., Toshiba America Consumer

1  Products, L.L.C., and Toshiba America Electronic Components, Inc. are wholly owned
2  subsidiaries of Toshiba America, Inc.  Toshiba America, Inc. is a wholly owned subsidiary
3  of Toshiba Corporation in Japan.  Toshiba America, Inc. is not publicly held.  Toshiba
4  Corporation is a publicly held company traded in Japan.

6  Dated:  May 8, 2008                                       Respectfully submitted,

8  **WHITE & CASE LLP**

9  By:  /s/ Christopher M. Curran
10       Christopher M. Curran (*pro hac vice*)
         George L. Paul (*pro hac vice*)
11       Lucius B. Lau (*pro hac vice*)
12       701 Thirteenth Street, N.W.
         Washington, D.C.  20005
13       tel.: (202) 626-3600
14       fax: (202) 639-9355

15       *Counsel to Defendants Toshiba America,*
16       *Inc., Toshiba America Information*
         *Systems, Inc., Toshiba America Consumer*
17       *Products, L.L.C., and Toshiba America*
18       *Electronic Components, Inc.*

# CERTIFICATE OF SERVICE

*In Re: Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

    I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

    On May 8, 2008, I filed the foregoing Disclosure Statement of Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | Issac L. Diel |
| 2 | SHARP MCQUEEN |
|   | 6900 College Boulevard, Suite 285 |
| 3 | Overland Park, KS 66211 |
| 4 | |
|   | Lori A. Fanning |
| 5 | Matthew E. Van Tine |
|   | MILLER LAW LLC |
| 6 | 115 South LaSalle Street, Suite 2910 |
| 7 | Chicago, IL 60603 |
| 8 | |
|   | John Gressette Felder, Jr. |
| 9 | MCGOWAN HOOD FELDER AND JOHNSON |
|   | 1405 Calhoun Street |
| 10 | Columbia, SC 29201 |
| 11 | |
|   | Traviss Levine Galloway |
| 12 | ZELLE HOFMANN VOELBEL MASON & GETTE |
| 13 | 44 Montgomery Street, Suite 3400 |
|   | San Francisco, CA 94104 |
| 14 | |
| 15 | Martin E. Grossman |
|   | LAW OFFICES OF MARTIN E. GROSSMAN |
| 16 | 2121 Green Brier Drive |
| 17 | Villanova, PA 19085 |
| 18 | |
|   | Richard M. Hagstrom |
| 19 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
|   | 500 Washington Avenue South, Suite 4000 |
| 20 | Minneapolis, MN 55415 |
| 21 | |
| 22 | Krishna B. Narine |
|   | SCHIFFRIN & BARROWAY, LLP |
| 23 | Three Bala Plaza East, Suite 400 |
| 24 | Bala Cynwood, PA 19004 |
| 25 | |
|   | Mark Reinhardt |
| 26 | REINHARDT WENDORF & BLANCHFIELD |
|   | East 1250 First National Bank Building |
| 27 | 322 Minnesota Street |
| 28 | St. Paul, MN 55101 |

DISCLOSURE STATEMENT OF TOSHIBA ENTITIES
Case No. 07-5944 SC
MDL No. 1917
2

Jean B. Roth
Lawrence P. Schaefer
Seymour J. Mansfield
MANSFIELD TANICK & COHEN
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354

Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
MASON LAW FIRM
1225 19th Street, NW, Suite 500
Washington, DC 20036

John M. Taladay
BAKER & HOSTETLER
1050 Connecticut Avenue NW
Washington, DC 20036

Jonathan Mark Watkins
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249

Ted Booth

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005